## STEBBINS v. FRIGIDAIRE CORPORA-TION et al.
### No. 7515.

Circuit Court of Appeals, Sixth Circuit.
Oct. 7, 1936.

Floyd W. Cone, of Belding, Mich., for appellant.

Milburn & Semmes, of Detroit, Mich., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that the motion to docket and dismiss the appeal has been filed, accompanied by certificate of the clerk as provided by rule 18, and it further appearing that the appellant has failed to file the record or docket the case on or before the return day and that there has been no extension of time therefor, it is ordered that the appeal be, and the same is, docketed and dismissed.